UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALAN JOHNSON, | : | |
| Plaintiff, | : | Civ. No. 14-2025 (FLW) (DEA) |
| v. | : | |
| UNIVERSITY CORRECTIONAL HEALTH CARE et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

On January 16, 2018, the Court denied a third application by plaintiff, Alan Johnson ("Plaintiff"), to proceed *in forma pauperis*. (ECF Nos. 9 & 10.) The Court administratively terminated the action and permitted Plaintiff 30 days to submit a complete *in forma pauperis* application or pay the proper filling fee. (*Id.*) At that time, the Court also noted potential deficiencies in Plaintiff's Complaint. (*See* ECF No. 9.) As Plaintiff did not file a complete *in forma pauperis* application or pay the filling fee, the Court dismissed the action without prejudice on April 11, 2018. (ECF No. 11.)

Presently before the Court is a letter from Plaintiff, dated February 21, 2019, which recounts difficulties with Plaintiff's access to the Court and requests that the Court send him a copy of his original compliant. (ECF No. 12.) The Court will direct the Clerk to send Plaintiff a copy of his original Complaint. Plaintiff should note, however, that after repeated failures to pay the filling fee or obtain *in forma pauperis* status, his Complaint was dismissed and the action remains closed.

THEREFORE, IT IS, on this 11th day of April 2019,

1

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) this Memorandum and Order and (2) a copy of the original Complaint in this action, (ECF No. 1).

/s/ Freda L. Wolfson
Freda L. Wolfson,
United States District Judge