**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

ALan JOHNSON,                               :
                                            :
                  Plaintiff,                :          Civ. No. 14-2025 (FLW) (DEA)
                                            :
        v.                                  :
                                            :
UNIVERSITY CORRECTIONAL                     :          **MEMORANDUM AND ORDER**
HEALTH CARE et al.,                         :
                                            :
                  Defendants.               :
_____    :


The Court has previously denied three applications by plaintiff, Alan Johnson

("Plaintiff"), to proceed in this action *in forma pauperis*. (*See*, ECF Nos. 2, 4, 9–10.) Each

denial was premised upon Plaintiff's failure to accompany his application with a proper trust

fund account statement for the six month period immediately preceding the filing of the

complaint that is certified by the appropriate prison official. (*See id.*)

When the Court denied Plaintiff's third *in forma pauperis* application, on January 16,

2018, it administratively terminated the action and permitted Plaintiff 30 days to submit a

complete *in forma pauperis* application or pay the proper filling fee. (*Id.*) At that time, the

Court also alerted Plaintiff to substantive deficiencies in his Complaint. (*See* ECF No. 9.) As

Plaintiff did not file a complete *in forma pauperis* application or pay the filling fee, the Court

dismissed the action without prejudice on April 11, 2018. (ECF No. 11.)

More than a year later, Plaintiff filed an application to reopen this action, accompanied by

a fourth application to proceed *in forma pauperis*. (ECF Nos. 14 & 15.) Like each of his prior *in*

*forma pauperis* applications, his most recent application is defective, as it does not included a

trust fund account statement for the six month period immediately preceding the filing of the

complaint that is certified by the appropriate prison official. Indeed, while Plaintiff included a prison account statement, it is not certified by any prison official. (*See* ECF No. 15.)

Additionally, as the Court previously noted in its opinion denying Plaintiff's third *in forma pauperis* application, his Complaint "would be subject to dismissal at screening under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim for relief." (ECF No. 9 at 2.) Specifically, the Court found that the facts alleged "do not support a claim for deliberate indifference to his serious medical needs." (*See id.* at 2–4.) As Plaintiff's Complaint remains unmodified from its initial filing, this issue remains the same: even were the Court to grant Plaintiff's motion to reopen the action and his application to proceed *in forma pauperis*, his Complaint would be dismissed under § 1915(e)(2)(B) for failure to state a claim. Accordingly, Plaintiff has failed to establish any basis to reopen this action.

THEREFORE, IT IS, on this 12<u>th</u> day of August 2019,

ORDERED that Plaintiff's application to reopen this action, (ECF No. 14), is DENIED; and it is further

ORDERED that Plaintiff's fourth application to proceed *in forma pauperis*, (ECF No. 15), is DENIED; and it is further

ORDERED that the Clerk shall serve a copy of this Memorandum and Order on Plaintiff by regular U.S. mail.

*s/Freda L. Wolfson*
Freda L. Wolfson,
U.S. Chief District Judge